IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACQUAR STOKES,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 25-CV-0636** |
| : | |
| **SGT. KEVIN UMBACH,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 13th day of February, 2025, upon consideration of Plaintiff Jacquar Stokes's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** to Stokes proceeding in his previously filed case, *Stokes v. Milstein*, Civ. A. No. 23-3989 (D.N.J.). Stokes is not given leave to file an amended complaint in the instant matter.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**